(121 So. 927)
## H. WITHERS v. STATE.  (I Div. 876.)

Court of Appeals of Alabama.   April 9, 1929.

RICE, J.   Appeal dismissed.

(126 So. 927)
## Julia WOODS v. STATE.
### 6 Div. 804.

Court of Appeals of Alabama.
Feb. 20, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(124 So. 927)
## Robert WOODS, alias Wood v. STATE.
### (4 Div. 511.)

Court of Appeals of Alabama.   Nov. 12, 1929.

BRICKEN, P. J.   Appeal dismissed.

(121 So. 927)
## Willie WOODYARD, alias, v. STATE.
### (2 Div. 418.)

Court of Appeals of Alabama.   March 26, 1929.

PER CURIAM.   Appeal dismissed.

(128 So. 927)
## Willie WORLEY v. CITY OF HUNTSVILLE.
### 8 Div. 24.

Court of Appeals of Alabama.
May 22, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(128 So. 927)
## Isaac WRAY v. STATE.
### 8 Div. 991.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Appeal dismissed.

(119 So. 927)
## Jesse WRIGHT v. CITY OF BIRMINGHAM.
### (6 Div. 536.)

Court of Appeals of Alabama.   Dec. 11, 1928.

RICE, J.   Affirmed on motior

(122 So. 927)
## W. S. DICKEY CLAY MFG. CO. v. UNION INDEMNITY CO. et al.   (6 Div. 587.)

Court of Appeals of Alabama.   May 14, 1929.

RICE, J.   Appeal dismissed.

(122 So. 927)
## W. S. WYMAN v. ALBERT F. HOFFMEISTER CO.   (6 Div. 613).

Court of Appeals of Alabama.   April 30, 1929.

BRICKEN, P. J.   Affirmed.

(125 So. 928)
## W. S. WYMAN v. BRUNSWICK–BALKE– COLLENDER CO.   (6 Div. 640.)

Court of Appeals of Alabama.   Dec. 10, 1929.

RICE, J.   Affirmed.